**STATE of Missouri, Respondent,**

v.

**Terry U. BIRMINGHAM, Appellant.**

**No. WD 72323.**

Missouri Court of Appeals,
Western District.

Jan. 17, 2012.

Jarrett Johnson, Kansas City, MO, for Appellant.

Shaun Mackelprang, Jefferson City, MO, for Respondent.

Before ALOK AHUJA, P.J., THOMAS H. NEWTON, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM:

Mr. Terry Birmingham appeals his convictions of forcible rape, first-degree assault, and first-degree burglary. Mr. Birmingham argues the admission of certain hearsay was a violation of his rights under the Confrontation Clause.

1. All statutory citations are to RSMo 2006, unless otherwise indicated.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).